# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE, SR.,
                    Appellant,
        vs.
CORRECTIONS CORPORATION
AMERICA,
                    Respondent.

No. 80341

**FILED**

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant appears to challenge proceedings that occurred on December 17, 2019. The oral rulings made during the proceedings are ineffective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

[1]Given this dismissal, this court takes no action in regard to the documents filed on January 17 and 21, 2020.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-04774

cc: Hon. Linda Marie Bell, Chief Judge
Victor Tagle, Sr.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A